GLEN DUPLISSIE *v.* KENNETH M. DEVINO ET AL.

The petition by the named defendant for certification for appeal from the Appellate Court, 96 Conn. App. 673 (AC 26588), is denied.

*Frederick W. Krug,* in support of the petition.

*Jason M. Lipsky,* in opposition.

Decided September 20, 2006